**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––

**No. 00-7548**

––––––––––––

MAJID KHOSHGHAD,

                              Petitioner - Appellant,

    versus

JANET RENO, Attorney General; DORIS MEISSNER,
Commissioner of the Immigration & Naturaliza-
tion Service; NANCY HOOK, Officer in Charge
for Oakdale, Louisiana, Subdivision Office in
the Immigration & Naturalization Service,

                            Respondents - Appellees.

––––––––––––

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-00-729-7)

––––––––––––

Submitted:  February 28, 2001      Decided:  March 20, 2001

––––––––––––

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

––––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––––

Majid Khoshaghad, Appellant Pro Se.

––––––––––––

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Majid Khoshghad appeals the district court's order dismissing his petition under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Khoshghad v. Reno, No. CA-00-729-7 (W.D. Va. Sept. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED